RESET FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Richard Sullivan,<br><br>Plaintiff(s)/Petitioner(s)<br><br>v.<br><br>E and S Ring Management Corp. et al.,<br><br>Defendant(s)/Respondent(s) | Case No.<br>2:26-cv-00719 FWS-RAO<br><br>**ORDER RE: REPORT AND RECOMMENDATION**<br>**ON REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS***<br><br>CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

[x] accepts the findings, conclusions and recommendations of the Magistrate Judge.

[ ] rejects the findings, conclusions and recommendations of the Magistrate Judge.

___ _____ , the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

[ ] **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.

[x] **DENIED**. This case is DISMISSED [ ] with prejudice. [x] without prejudice. **(JS-6.)**

[ ] **DENIED**, with leave to amend [ ] the IFP application [ ] the complaint/petition within 30 days.
   If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.

[ ] **GRANTED**.

[ ] **GRANTED. IT IS FURTHER ORDERED that:**
   In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.

[ ] **GRANTED;**
   [ ] the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
   [ ] the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

[ ] Other:

Dated:  April 8, 2026                By: _____
                                    HON. Fred W. Slaughter
                                    UNITED STATES DISTRICT JUDGE

CV-73OR 3/26        Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
                    (Civil Rights, Habeas, and Social Security)